**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MONICA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:22-cv-283-TFM-MU |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the *Notice of Dismissal With Prejudice as to Defendant Experian Information Solutions, Inc*. Doc. 19, filed February 2, 2023. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiff Monica Williams notifies the Court Defendant Experian Information Solutions, Inc., may be dismissed with prejudice. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The notice of dismissal was filed before the opposing party served either an answer or a motion for summary judgment. Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the notice. Therefore, this case is dismissed without prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 3rd day of February 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE